✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| J. C. SWINTON | Case Number: 1:00CR128-A |
| | USM Number: 10798-002 |
| | Kevin Butler |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __1__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of a controlled substance | 08/22/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00/00/1932

Defendant's Residence Address:
401 Swinton Avenue

Geneva, Alabama 36340

Defendant's Mailing Address:
Same as above

09/27/2005
Date of Imposition of Judgment

Signature of Judge

TRUMAN M. HOBBS, SENIOR U. S. DISTRICT JUDGE
Name and Title of Judge

Sept. 29, '05
Date

Judgment — Page 2 of 2

DEFENDANT: J. C. SWINTON
CASE NUMBER: 1:00CR128-A

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

6 months

It is ORDERED that the term of supervised release imposed on May 15, 2001, is REVOKED.

X   The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to a facility where drug counseling is available. The Court also RECOMMENDS that the defendant be designated for incarceration at the Montgomery City Jail, Montgomery, Alabama or the Elmore County Jail, Wetumpka, Alabama.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL